| U.S. Department of Justice | FILED IN OPEN COURT |
| United States Attorney | U.S.D.C. - Atlanta |

APR 11 2023

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

KEVIN P. WEIMER, Clerk
By: TCC Deputy Clerk

Division: Atlanta
(USAO: 2020R00884)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton  　　　　　　　　　DISTRICT COURT NO.

　　　　　　　　　　　　　　　　　　　　MAGISTRATE CASE NO.

X Indictment　　　　　　Information　　　　　　　　Magistrate's Complaint
DATE: April 6, 2023　　　DATE:　　　　　　　　　　DATE:

UNITED STATES OF AMERICA　　　SUPERSEDING INDICTMENT
vs.　　　　　　　　　　　　　　Prior Case Number:
CHRISTOPHER BURNS　　　　　　 Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No


District Judge:

Attorney: Alison B. Prout
Defense Attorney: